Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VANESSA SIMMONDS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEUTSCHE BANK SECURITIES INC., a Delaware corporation,<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, a Delaware corporation,<br><br>J.P. MORGAN SECURITIES INC., a Delaware corporation,<br><br>　　　　　Defendants,<br><br>　　　　　and<br><br>FOUNDRY NETWORKS, INC., a Delaware corporation,<br><br>　　　　　Nominal Defendant. | NO. C07-1566 JLR<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this

PLAINTIFF'S NOTICE OF DISMISSAL - 1
No. C07-1566 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

action with prejudice as to the adequacy-of-the-pre-suit-demand issue under the standard articulated by the Ninth Circuit (*see Simmonds v. Credit Suisse Sec. (USA) LLC*, 638 F.3d 1072, 1097 (9th Cir. 2011) (citing *In re Kauffman Mut. Fund Actions,* 479 F.2d 257, 267 (1st Cir.1973)), and without prejudice as to all other issues.

DATED this 11th day of June, 2012.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff

By  *s/Mark Wilner*
   Jeffrey I. Tilden, WSBA #12219
   Mark Wilner, WSBA #31550
   1001 Fourth Avenue, Suite 4000
   Seattle, Washington 98154
   Telephone:   (206) 467-6477
   Facsimile:    (206) 467-6292
   Email: jtilden@gordontilden.com
   Email: mwilner@gordontilden.com

**KELLER ROHRBACK L.L.P.**
Attorneys for Plaintiff

By  *s/Ian S. Birk*
   William C. Smart, WSBA #8192
   Ian S. Birk, WSBA #31431
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101
   Telephone:   (206) 623-1900
   Facsimile:    (206) 467-6292
   Email: wsmart@kellerrohrback.com
   Email: ibirk@kellerrohrback.com

PLAINTIFF'S NOTICE OF DISMISSAL - 2
No. C07-1566 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

| **Counsel for Defendants Deutsche Bank Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated and J.P. Morgan Securities Inc.:**<br><br>Christopher B. Wells<br>LANE POWELL PC<br>E-Mail:   wellsc@lanepowell.com | **Counsel for Defendant Deutsche Bank Securities Inc.:**<br><br>Judith Welcom*<br>Joel M. Mitnick*<br>Milan Markovic*<br>Tracey Seraydarian*<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>E-Mail:   jwelcom@sidley.com<br>            jmitnick@sidley.com<br>            mmarkovic@sidley.com<br>            tseraydarian@sidley.com<br>*Admitted Pro Hac Vice* |
| --- | --- |
| **Counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated:**<br><br>Mark Holland*<br>Robert G. Houck*<br>Mary K. Dulka*<br>George Schieren*<br>CLIFFORD CHANCE US LLP<br>31 West 52nd Street<br>New York, NY 10019-6131<br>E-Mail:Mark.Holland@cliffordchance.com<br>       Robert.Houck@cliffordchance.com<br>       Mary.Dulka@cliffordchance.com<br>       George.Schieren@cliffordchance.com<br>*Admitted Pro Hac Vice* | **Counsel for Defendant J.P. Morgan Securities Inc.:**<br><br>David W. Ichel*<br>Joe M. McLaughlin*<br>Jeffrey Coviello*<br>SIMPSON, THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>E-Mail:   dichel@stblaw.com<br>            jmclaughlin@stblaw.com<br>            jcoviello@stblaw.com<br>*Admitted Pro Hac Vice* |

*s/Mark Wilner*
Mark Wilner, WSBA # 31550

PLAINTIFF'S NOTICE OF DISMISSAL - 3
No. C07-1566 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292